IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIV SECURITY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-216 (MN) |
| ) | |
| PROTEGO FINANCIAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 18th day of December 2024:

WHEREAS, on November 12, 2024, Magistrate Judge Fallon issued a Report & Recommendation (D.I. 18) ("the Report") recommending the Court grant Plaintiff's Request for Clerk to Enter Default Judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure (D.I. 14); and

WHEREAS, no party filed objections to the Report and the Court finds no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 18) is ADOPTED. Plaintiff's Request for Clerk to Enter Default Judgment (D.I. 14) is GRANTED.

The Clerk of Court shall enter the proposed Entry of Default Judgment attached to Plaintiff's request. (D.I. 14). Thereafter, Plaintiff shall serve a copy of the Entry of Default Judgment on Defendant by mailing a copy to: (1) the last known address for Defendant at its

principal place of business and (2) Defendant's registered agent and shall file proofs of service regarding same.

                                                                                  /s/ Maryellen Noreika
                                                                                  The Honorable Maryellen Noreika
                                                                                  United States District Judge

2